UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DALE A. SHAVER | CIVIL ACTION |
| VERSUS | |
| DME EXPRESS, LLC, ET AL. | NO. 21-00545-BAJ-EWD |

## RULING AND ORDER

Before the Court is Plaintiff's **Motion for Leave to File First Supplemental and Amending Petition for Damages. (Doc. 11).** Defendants DME Express, LLC and Old Republic Insurance Company initially opposed the Motion. (Doc. 20). Since this filing, DME filed a Notice of Consent to First Amended Complaint and Consent to Remand of Case to State Court, withdrawing its prior Opposition and consenting to remand. (Doc. 20; Doc. 35).

The Magistrate Judge issued a **Report and Recommendation,** recommending that the Court grant Plaintiff's Motion (Doc. 11). (Doc. 37, p. 11). Because Plaintiff's First Amended Complaint adds a non-diverse Defendant, the Magistrate Judge further recommends that the Court remand the above-captioned matter to the 19th Judicial District Court. (*Id.*). There are no objections to the Report and Recommendation.

Having carefully considered the underlying Petition, the Motion at issue, and related filings, the Court **APPROVES** the Magistrate Judge's Report and Recommendation, and **ADOPTS** it as the Court's opinion herein.

1

19th JDC Certified

Accordingly,

**IT IS ORDERED** that Plaintiff's **Motion for Leave to File First Supplemental and Amending Petition for Damages. (Doc. 11)** is **GRANTED**. The Clerk of Court shall enter Plaintiff's proposed First Amending and Supplemental Complaint under a separate docket entry.

**IT IS FURTHER ORDERED** that the above-captioned action be and is hereby **REMANDED** to the 19th Judicial District Court, Parish of East Baton Rouge, Louisiana.

Baton Rouge, Louisiana, this **2nd** day of September, 2022

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**